**Order entered May 5, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01577-CV

### WAYNE A. RAND, Appellant

### V.

### DOROTHY DENNISE RAND, Appellee

### On Appeal from the 255th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-1306590

## ORDER

On April 20, 2015, pursuant to the Court's April 1, 2015 order, the Court received appellant's request for preparation of the reporter's record, designating the portions of the proceedings to be included in the record. Within that request, appellant also designated the following items be included in the clerk's record:

- February 20, 2015 "motion for bench warrant;"
- February 20, 2015 "letter to Brad Nace;"
- February 26, 2015 "motion to deny petitioner's motion to deny motion for new trial;"
- March 3, 2015 "notice Wayne Rand appeared ready for hearing but 255th and petitioner were no show;"
- March 12, 2015 "motion of addendum;" and,
- March 19, 2015 "motion for reconsideration."

The clerk's record was filed before this request was received and does not include those items. Accordingly, we **ORDER** Dallas County District Clerk Felicia Pitre to file a supplemental clerk's record containing those items. If any of the requested items cannot be located, Ms. Pitre shall file written verification so stating. The record, and any verification, shall be filed no later than May 14, 2015.


/s/     CRAIG STODDART
        JUSTICE